UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-CR-00009-4H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| WARDIE VINCENT, JR. | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 445 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Defendants attorney.

This the 11th day of January 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge