IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-9-4H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDIE VINCENT, JR., | ) | |
| Defendant. | ) | |

Upon joint motion of the parties and after a hearing on the matter, the court hereby allows defendant Wardie Vincent, Jr., to withdraw his plea to Count Two of the Criminal Information filed on August 13, 2015, and hereby dismisses said count.

This 12th day of April 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26